**ANGINO LAW FIRM, P.C.**
Richard C. Angino, Esquire
I.D. No. 07140
4503 North Front Street
Harrisburg, PA  17110-1708
(717) 238-6791     FAX (717) 238-5610
E-MAIL: **RCA@anginolaw.com**
Attorneys for Plaintiff(s)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA L. TROSTLE, Individually and as Administratrix of and the ESTATE OF DAVID A. TROSTLE, deceased | CIVIL ACTION - LAW |
| | JUDGE WILLIAM W. CALDWELL |
| Plaintiffs | NO. 1:16-CV-00156-WWC |
| v. | JURY TRIAL DEMANDED |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | ELECTRONICALLY FILED |
| Defendant | |

*Plaintiff's Response to Defendant's Motion to Dismiss*

AND NOW, comes the Plaintiff, Gloria L. Trostle, by her attorney, the Angino Law Firm, and in response to Defendant's Motion to Dismiss avers:

575763

1. The Court has jurisdiction over Plaintiff's suit because it is grounded in breach of contract and, therefore, is separate from the administrative remedies.

2. Plaintiff may sue individually as the wife of David A. Trostle and as Administratrix of the Estate of David A. Trostle, deceased.

WHEREFORE, the Plaintiff respectfully requests that the Court deny the Defendant's Motion to Dismiss.

Respectfully submitted,

ANGINO LAW FIRM, P.C.

Date: June 30, 2016

_____
Richard C. Angino, Esquire
Attorney ID#07140
4503 North Front Street
Harrisburg, PA 17110-1708
(T) 717-238-6791
(F) 717-238-5610
E-mail: rca@anginolaw.com

575763

*Certificate of Service*

I, Bonny R. Ellis, an employee of the Angino Law Firm, P.C. hereby certify that the foregoing document was electronically filed with the Clerk of the Court for the United States District for the Middle District of Pennsylvania using the CM/ECF system with electronic notice upon the following:

>D. Brian Simpson, Esq.
>Assistant U.S. Attorney
>228 Walnut St.
>Harrisburg, PA 17108
>D.Brian.Simpson@usdoj.gov

_____
Bonny R. Ellis, Legal Secretary

Dated: June 30, 2016

575763