UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA L. TROSTLE, Individually and | : | |
| as Administratrix of the ESTATE OF | : | |
| DAVID A TROSTLE, deceased, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CASE NO. 1:16-CV-156 |
| | : | |
| CENTERS FOR MEDICARE AND | : | |
| MEDICAID SERVICES, | : | |
| Defendant | : | |

*O R D E R*

AND NOW, this 17th day of October, 2016, upon consideration of

Defendant's motion to dismiss (Doc. 7), and pursuant to the accompanying Memorandum,

it is ORDERED that:

(1)   Defendant's motion (Doc. 7) is GRANTED.

(2)   Plaintiffs' complaint, in its entirety, is DISMISSED with
prejudice.

(3)   The Clerk of Court shall close this case.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge