UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-4062
_____

GLORIA L. TROSTLE, individually and as Administratrix
of the ESTATE OF DAVID A TROSTLE, deceased

                                      Appellant

v.

CENTERS FOR MEDICARE AND MEDICAID SERVICES

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civ. No. 16-cv-00156)
District Judge: Hon. William W. Caldwell
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
April 27, 2017
_____

Before: MCKEE, VANASKIE, and RENDELL, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from Middle District of Pennsylvania and was submitted on April 27, 2017. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court

entered on October 17, 2016 be and the same is hereby AFFIRMED. Costs taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron,
Clerk

Dated: October 5, 2017

Cost taxed in favor of Appellee as follows:

Brief........................$71.20

Total........................$71.20

**Certified as a true copy and issued in lieu of a formal mandate on** October 27, 2017

**Teste:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**